**93–2055.** Smith v. Rudler. *Ashtabula County,* No. 92–A–1753. On motion for leave to file *amicus* of Adult Support for Incest Survivors of Today. Motion granted.

**93–2276.** Galayda v. Lake Hosp. Sys., Inc. *Cuyahoga County,* No. 63151. On motion for leave to file *amicus* of Ohio Hospital Association et al. Motion granted.

**94–59.** LaGuta v. Ohio Adult Parole Auth. *Richland County,* No. 93CA102. On motion for leave to file memorandum in support instanter. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**94–112.** May v. Bowland. *Hamilton County,* No. C–930870. On motion for interim award of *pro se* damages, litigation expenses and attorney fees. Motion denied.

**94–207.** Vom Baur v. Vom Baur. *Licking County,* No. 93CA00026. On motion for leave to amend memorandum in support. Motion granted.

**94–214.** May v. Bowland. *Hamilton County,* No. C–930924. On motion for interim award of *pro se* damages, litigation expenses and attorney fees. Motion denied.

**94–297.** BancOhio Natl. Bank, N.A. v. Security Union Title Ins. Co. *Franklin County,* No. 93AP–986. On motion for leave to amend memorandum in opposition and to supplement cross-appeal instanter. Motion granted.

**94–338.** State v. Gott. *Lorain County,* No. 93CA005560. On motion for leave to file memorandum in support instanter. Motion granted.

**94–499.** Continental Ins. Co. v. United Foundries, Inc. *Stark County,* No. CA–9342. On motion to dismiss and/or strike. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**94–525.** Ohio Farmers Ins. Co. v. Binegar. *Montgomery County,* No. 13906. On motion for leave to file memorandum in support of cross-appeal instanter. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**94–543.** State v. Price. *Cuyahoga County,* No. 64088. On motion for leave to file delayed appeal. Motion granted.

**94–550.** Shoreway Circle, Inc. v. Gerald Skoch Co., L.P.A. *Cuyahoga County,* No. 64510. On motion to reconsider denial of extension. Motion denied.

**94–648.** State v. Pettis. *Cuyahoga County,* No. 47239. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**94–672.** Fahnbulleh v. Strahan. *Franklin County,* No. 93AP–956. On motion to consolidate with 94–673, *Fahnbulleh v. Strahan,* Franklin County, No. 93AP–1351. Motion granted.

